No. PD-0389-15

*IN THE*
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**
**SITTING AT AUSTIN, TEXAS**

**ADRIAN THOMAS WALKER**
Appellant

V.

**THE STATE OF TEXAS**
Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-14-00148-CR*
*On appeal from 283rd Judicial District Court*
*of Dallas County, Texas*
*In Cause No. F12-35059-T*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**

1

COMES NOW **Adrian Thomas Walker,** Appellant, and respectfully submits this Motion for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

## I.

Appellant was charged by indictment with the offense of aggravated sexual assault of a child under the age of six. (CR: 9). The indictment was amended to aggravated sexual assault of a child under the age of 14. (CR: 64). Appellant pled guilty to the primary charge in the amended indictment. (RR2: 12-13). A jury trial was held regarding punishment, and the jury assessed punishment at 20 years and a $10,000 fine. (RR4: 223). Judgment was entered by the trial court on January 30, 2014. (CR: 70). A notice of appeal was timely filed. (CR: 73).

## II.

Appellant's conviction was affirmed in the Court of Appeals on February 27, 2015 in an unpublished opinion. *Walker v. State,* No. 005-14-00148-CR, 2015 Tex. App. LEXIS 1945 (Tex. App. – Dallas, February 27, 2015).

## III.

The facts relied upon to show good cause for this requested extension are as follows:

1.    Appellant was represented by court appointed counsel during appeal of this case to the Court of Appeals.

2. Appellant wishes to proceed pro se and additional time will be needed to prepare and file the Petition pro se or to seek other legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Honorable Court extend the time for filing a Petition for Discretionary Review for thirty days.

Respectfully submitted,

_Adrian Waller #1911659   4/21/15_

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Lori Ordiway, counsel for the State, Dallas County District Attorney's Office, 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas 75207, _April 21, 2015_ .

I further certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Lisa C. McMinn, the State's Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, on _April 21, 2015_ .

3